# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>                      Plaintiff,<br><br>  v.<br><br>REACHING FOURTH MINISTRIES, *et al.*,<br><br>                      Defendants. | Case No. 17-cv-00726-BAS-BLM<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO APPEAL**<br><br>**[ECF No. 35]** |

    Before the Court is a motion filed by Plaintiff for an extension of time to file a notice of appeal. (ECF No. 35.) Because Plaintiff has filed a motion for reconsideration of this Court's January 22, 2018 order dismissing the case, the clock on Plaintiff's time to appeal has been tolled. *See* FED. R. APP. P. 4(a)(4); *Blair v. Equifax Check Servs.*, 181 F.3d 832, 837 (7th Cir. 1999) ("Rule 4(a)(4) . . . restates an accepted rule of practice: federal courts long have held that a motion for reconsideration tolls the time for appeal, provided that the motion is made within the time for appeal."); *see also Shapiro v. Paradise Valley Unified Sch. Dist. No. 69*, 374 F.3d 857, 863 (9th Cir. 2004). Plaintiff is advised that Federal Rule of Appellate

1  Procedure 4(a)(5) identifies when Plaintiff may move for an extension of time to file
2  a notice of appeal from the point when the Court rules on his pending motion for
3  reconsideration.  *See* FED. R. APP. P. 4(a)(5)(A).  Plaintiff's current request is
4  premature.  Moreover, there is no basis for the Court to conclude at this juncture that
5  there is good cause or excusable neglect to support an extension.  Accordingly,
6  Plaintiff's motion is **DENIED**.
7       IT IS SO ORDERED.
8  DATED:  February 16, 2018

Hon. Cynthia Bashant
United States District Judge